**THE HONORABLE BENJAMIN H. SETTLE**

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Plaintiff,

v.

DOLLAR TREE DISTRIBUTION, INC.,

Defendant.

NO. 3:20-cv-05959-BHS__________

CONSENT DECREE

I. INTRODUCTION

1. Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") filed this lawsuit on September 28, 2020 pursuant to Section 107(b) of the American with Disabilities Act of 1990, as amended (ADA), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a). The EEOC's First Amended Complaint alleges that Defendant Dollar Tree

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Distribution, Inc. (“DTD”) discriminated against Brian Stromberg, a qualified individual with a disability, when it did not hire him for a Warehouse Associate position on June 6, 2019. (ECF No. 19). The EEOC sought monetary and non-monetary relief for Mr. Stromberg. DTD filed an Answer to the First Amended Complaint on August 27, 2021, denying the claims in the Complaint. (ECF No. 20).

2. EEOC and DTD (collectively the “Parties”) want to conclude fully and finally all claims arising out of the EEOC’s First Amended Complaint and Mr. Stromberg’s charge of discrimination filed with EEOC. The EEOC and DTD enter into this Consent Decree to further the objectives of equal employment opportunity in the ADA.

3. This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of liability or wrongdoing by DTD.

## II. JURISDICTION AND VENUE

4. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(b) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a).

5. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## III. SETTLEMENT SCOPE

6. This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in Mr. Stromberg’s EEOC charge, in the EEOC's

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

administrative determination, and in the EEOC's First Amended Complaint filed herein, including all claims by the EEOC and DTD for attorney fees and costs.

7. No waiver, modification or amendment of any provision of this Consent Decree shall be effective unless made in writing and approved by the Parties to this Decree, and any substantive change, modification or amendment of any provision of this Consent Decree shall also require approval by the Court.

## IV. MONETARY RELIEF

8. In settlement of this lawsuit, DTD shall pay Mr. Stromberg the total amount of $50,000.00 (the "Settlement Payment"). The EEOC shall provide Defendant with fully completed W-4 and W-9 forms executed by Mr. Stromberg within five (5) business days of the entry of this Decree and DTD will provide the Settlement Payment to Mr. Stromberg by the later of: (i) ten (10) business days of receipt by DTD of the signed W-4 and W-9 forms by delivering the following to Mr. Stromberg by certified mail with proof of delivery at an address to be provided by EEOC or (ii) five (5) business days of entry of this Decree. The Settlement Payment shall be made as follows:

a. A check in the amount of $15,000.00 payable to Mr. Stromberg which constitutes back pay for Mr. Stromberg. The check shall be reduced by any applicable deductions for the employee's portion of FICA and applicable federal and applicable state income tax withholdings related to the payment of wages. DTD shall pay the employer's portion of FICA. DTD shall include a statement of payments and deductions. DTD will issue Mr. Stromberg an IRS form W-2 for this payment;

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

    b. A check in the amount of $35,000.00, which represents non-wage damages payable to Mr. Stromberg. DTD will issue Mr. Stromberg an IRS form 1099 for this payment.

9. DTD shall transmit a copy of any checks made payable to Mr. Stromberg, together with an accounting of employee deductions and employer contributions made, to the EEOC by sending them to: EEOC-SEFO_COMPLIANCE@eeoc.gov and SEFO_DTD@eeoc.gov at the same time that payment is made to Mr. Stromberg.

10. DTD has not conditioned the receipt of monetary relief on Mr. Stromberg: (a) maintaining as confidential the facts and/or allegations underlying his charge, the EEOC's First Amended Complaint and the terms of this Decree; (b) waiving his statutory right to file a future charge with any government agency; (c) agreeing to a non-disparagement agreement; (d) refraining from reapplying for a job with DTD; or (e) releasing any claim beyond the ADA claims at issue in this action and which this Consent Decree resolves.

## V. INJUNCTIVE AND OTHER RELIEF

A. General Provisions.

11. DTD and its managers, supervisors, and human resource staff are enjoined from engaging in hiring practices at DTD's Ridgefield, Washington facility, which unlawfully discriminate under the ADA by refusing to hire any qualified applicant because they are deaf or hard of hearing.

12. DTD will provide prior written notice to any potential purchaser of its businesses, or a purchaser of all or a portion of DTD's assets, and to any other potential successor, of the

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

EEOC's lawsuit, the allegations raised in the EEOC's First Amended Complaint, and the existence and contents of this Consent Decree.

13. In recognition of its obligations under the ADA, DTD's Ridgefield, Washington facility shall maintain the policies and practices set forth below.

B. Anti-Discrimination Policies and Procedures.

14. Within thirty (30) days of the entry of this Consent Decree, DTD shall review and revise as necessary its written policies and procedures that apply to all managers, supervisors, employees and applicants at its Ridgefield, Washington facility that: (a) prohibit discrimination based on disability; (b) explain to applicants and employees ("individuals") their rights and responsibilities under the ADA; (c) describe the process by which an individual can file a complaint with DTD based on disability discrimination; (d) state the obligation of each manager and supervisor to report any complaint based on disability for investigation and to prevent and correct any discrimination that is observed in the workplace or after receiving notice of discrimination; (e) state DTD will investigate, maintain a record of a complaint investigation, and resolve such a complaint as described below; and (f) prohibit retaliation against any individual who files a disability complaint or who provides evidence during DTD's investigation of such an internal complaint. The policies and procedures, and revisions if any, shall be provided to the EEOC for review no later than thirty (30) days prior to implementation. Within fourteen (14) days of receipt, the EEOC will advise DTD of any comments. EEOC agrees to review the submitted policies and procedures in good faith.

15. The policies described in Paragraph14 will also describe the process by which an applicant or employee can request a reasonable accommodation under the ADA and will

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

include the contact information for the Associate Connection for any questions or concerns about the decision.

16. Not later than ninety (90) days after entry of this Consent Decree, DTD shall distribute a written copy of their EEO policies to all current managers, supervisors, human resources personnel and employees at its Ridgefield, Washington facility. DTD will confirm that it has distributed its written policies as described above within ninety (90) days of entry of this Decree. Thereafter, DTD will also provide a copy of such policies to new employees hired to the Ridgefield, Washington facility within thirty (30) days of hire or re-hire during the duration of this Decree.

17. Policy Modifications. If DTD modifies any of the policies identified in Paragraphs 14 through 16 above during the duration of the Decree, DTD shall submit the proposed modifications to the EEOC no later than thirty (30) days prior to implementation. EEOC will notify Defendant within fourteen (14) days of receipt of the proposed modifications if it has any comments. EEOC agrees to review the proposed modifications and make comments in good faith.

18. Online Application Website Modification. Not later than sixty (60) days after the entry of this Consent Decree, DTD will include a statement on its website to notify applicants that DTD is an equal employment opportunity employer, and shall include a statement for all positions at its Ridgefield, Washington facility that applicants selected for an interview who seek an accommodation for that interview should request an accommodation with the DTD recruiter scheduling the interview.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

C. Equal Employment Opportunity Training.

19. DTD shall provide ninety (90) minutes of EEO training to managers and supervisors and for all human resources/employee relations staff at its Ridgefield, Washington facility three times during the pendency of this Consent Decree. The first training shall take place no later than six (6) months after the entry of this Consent Decree. The second training shall take place no later than sixteen (16) months after the entry of this Consent Decree. The third training shall take place no later than twenty-eight (28) months after the entry of this Consent Decree. These anti-discrimination trainings will include, at a minimum: (a) an overview of the ADA with special emphasis on employee and applicant rights and responsibilities in requesting a reasonable accommodation; (b) two examples of an accommodation situation with someone who is hard of hearing, deaf, and/or speech impaired; (c) the employer's obligations in responding to requests for reasonable accommodation; (d) the interactive process; (e) the prohibition of taking an adverse action against any employee or applicant based on physical or mental disability or for requesting an accommodation; and (f) DTD's EEO policies relating to the ADA. The training shall be aimed at helping attendees understand how to define and identify disability discrimination and retaliation, and the required steps to review and respond to each request for a reasonable accommodation. DTD shall provide the training in an online interactive format, and also identify an HR person who can answer follow up questions from the trainees. After the initial training required by this Decree, DTD will provide this training to individuals hired or promoted to manager, supervisor or human resources at its Ridgefield, Washington facility within thirty (30) days of each individual's hiring or promotion.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

20. During the pendency of this Consent Decree, DTD shall provide at least one (1) hour of annual EEO training to non-management employees at its Ridgefield, Washington facility, which will include their rights and responsibilities under the ADA. This anti-discrimination training will include: (a) an overview of the ADA with discussion of employee and applicant rights and responsibilities in requesting a reasonable accommodation; (b) the procedure for requesting a reasonable accommodation; (c) the employer's and employee's roles in the interactive process; and (d) the prohibition of taking an adverse action against any employee or applicant based on physical or mental disability or for requesting an accommodation. DTD shall provide the training in an online interactive format, and also identify an HR person who can answer follow up questions from the trainees. After the initial training required by this Decree, DTD will provide this training to any new employee within sixty (60) days of hire.

21. The trainings described in paragraphs 19 and 20 will be developed by or with the assistance of an experienced training professional with experience and knowledge of the ADA, including DTD's counsel. DTD shall provide the EEOC with the identity and qualifications of the experienced training professional within sixty (60) days of the entry of this Consent Decree. Within seven (7) days of receipt, the EEOC will advise DTD of any comments. Within ninety (90) days of the date of entry of this Consent Decree, DTD shall submit the training materials referenced in Paragraphs 19 and 20 to the EEOC for review. Within fourteen (14) days of receipt, the EEOC will advise DTD of any comments. EEOC agrees to review the submitted training materials in good faith. If during the term of the Consent Decree, DTD changes its selection of the training professional and/or substantively changes the content of

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400 Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

the training materials, DTD shall submit the background information of the new training professional and/or the revised training materials to the EEOC at least thirty (30) days prior to the training session to allow the EEOC the opportunity to comment on the trainer and/or training materials. The EEOC will provide any comments in good faith within fourteen (14) days of receipt.

22. All costs of training shall be borne by DTD. Any hearing-impaired employee who requests a reasonable accommodation or any employee whom DTD has reason to believe needs a reasonable accommodation for the training shall be provided with one. For the duration of this Consent Decree, DTD shall notify the EEOC in writing of the completion of the training described herein and shall specify the employee identification numbers and job titles of the managers, supervisors, all human resources/employee relations staff and employees who participated in and completed the training. This information shall be provided as part of the compliance reports DTD submits to the EEOC.

D. Policies Designed to Promote Accountability.

23. Not later than sixty (60) days after entry of this Consent Decree, DTD shall develop and adopt policies for the Ridgefield, Washington facility that expressly advise all management personnel and supervisors and all human resources/employee relations staff at its Ridgefield, Washington facility, that they must comply with DTD's EEO policies and for ensuring employees and applicants are not discriminated against based on disability. DTD's policy shall advise that discipline, up to and including termination of employment, may be imposed upon any manager or supervisor, and any human resources/employee relations staff who provided advice to such manager or supervisor, if DTD determines that individual(s) has

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

discriminated against an employee or applicant based on disability. In addition, DTD's policies shall inform managers and supervisors of their obligation to report any complaint based on disability for investigation, prevent and correct any discrimination that they observe in the workplace or after receiving notice of discrimination, and warn that failure to take such action will result in disciplinary action.

24. During the pendency of this Consent Decree, DTD shall make available a hiring or human resources official, or other appropriate personnel responsible for hiring at its Ridgefield, Washington facility, for audits upon request by EEOC to determine compliance with this Consent Decree. EEOC shall provide notice of audit subject matter not later than ten (10) business days in advance but, at a minimum, the audit shall include whether DTD has denied employment to any individual who has identified him/herself as being deaf or hard of hearing during the hiring process and has requested an accommodation during the hiring process at its Ridgefield facility, and whether Defendant has received any complaints about disability discrimination against individuals who are deaf or hard of hearing at its Ridgefield facility. Any requested audit will be conducted at a mutually agreeable time and place. DTD may elect to have its counsel present during any audit meeting or discussion.

E. Reporting and Notice.

25. DTD shall report to the EEOC three times during the two and one-half (2.5) years duration of this Consent Decree. The first report shall be submitted no later than thirty (30) days after conducting DTD's first training session for the managers, supervisors and human resources/employee relations staff at its Ridgefield, Washington facility, as described in Paragraph 19. The second report shall be submitted no later than thirty (30) days after

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

conducting DTD's second training session for the managers, supervisors and human resources/employee relations staff at its Ridgefield, Washington facility, as described in Paragraph 19. The third report shall be submitted no later than thirty (30) days after conducting DTD's third training session for the managers, supervisors and human resources/employee relations staff at its Ridgefield, Washington facility, as described in Paragraph 19. The reports, and any other information required in this Consent Decree, shall be in writing and submitted to: EEOC-SEFO_COMPLIANCE@eeoc.gov and SEFO_DTD@eeoc.gov. The reporting period will run from the date of the entry of this Consent Decree.

26. These reports shall contain the following information and attachments:

a. Certification that DTD has:

(1) Revised and/or maintained its written EEO policies and procedures and distributed copies of its EEO policy as described in Paragraphs 14 - 18;

(2) Complied with the training provisions enumerated in this Consent Decree in Paragraphs 19 - 22;

(3) Continued to enforce policies and procedures to promote EEO accountability by managers and supervisors, as required by Paragraph 23 - 24; and

(4) Complied with all other provisions of this Consent Decree.

b. Copies of the following documents shall be included with each report:

(1) A copy of DTD's EEO policy and procedures developed and implemented in accordance with the provisions of this Consent Decree;

(2) A summary of formal or informal discrimination complaints that allege disability discrimination against any individual claiming to be deaf, hearing impaired or speech impaired, if any, filed by any individual employed at or seeking employment at the Ridgefield, Washington facility. The summary shall include the following information:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

    (i) Name, full address, email address, and telephone numbers of the complaining individual;

(ii) A report of the resolution of each complaint, including the identification of the individuals involved, their titles, the particulars of the complaint, a summary of the investigation, the company's determination, and any corrective action taken; and

(iii) Name(s) and title of individual(s) who received, investigated, and or otherwise addressed and took action based on the complaint.

(3) A sign-in sheet or list of the employee identification numbers and job titles of each manager, supervisor, human resources/employee relations staff and employee of DTD's who completed EEO training described herein and the dates the training was conducted during the previous reporting period.

27. If applicable, DTD shall submit a statement with its report to the EEOC specifying the areas of noncompliance, the reason for the noncompliance, and the steps that were or shall be taken to bring the Company into compliance.

28. If the EEOC is required by the provisions of this Consent Decree or otherwise needs to provide notice or information to DTD, it will do so by sending written notice to DTD's Chief Legal Officer at 500 Volvo Parkway, Chesapeake, VA 23320 and to eeocnotification@dollartree.com.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

F. Posting.

29. DTD shall post a Notice at its Ridgefield, Washington facility. This Notice is attached as Exhibit 1 to this Consent Decree. The Notice shall be posted on a centrally located bulletin board at the Ridgefield, Washington facility.

## VI. ENFORCEMENT

30. If the EEOC determines that DTD has not complied with the terms of this Consent Decree, the EEOC shall provide written notification of the alleged breach to DTD. The EEOC shall not petition the Court for enforcement of this Consent Decree for at least twenty (20) days after providing written notification of the alleged breach. The 20-day period following the written notice shall be used by the EEOC and DTD for opportunity to cure and good faith efforts to resolve the dispute.

## VII. RETENTION OF JURISDICTION

31. The United States District Court for the Western District of Washington at Tacoma shall dismiss this action with prejudice and retain jurisdiction over this matter for the duration of this Consent Decree.

## VIII. DURATION AND TERMINATION

32. This Consent Decree shall be in effect for two and one-half years (2.5) years from the date of entry of the Decree. If the EEOC petitions the Court for breach of this Consent Decree, and the Court finds DTD to be in violation of the terms of the Consent Decree, the Court may extend the duration of this Consent Decree.

///

///

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400 Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

Respectfully submitted this 11th day of January, 2022.

By: _/s/ Roberta L. Steele_

ROBERTA L. STEELE
Regional Attorney

DAMIEN LEE
Supervisory Trial Attorney

RAYMOND T. CHEUNG
Senior Trial Attorney

CHRISTOPHER LAGE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Ave., Suite 400
Seattle, WA 98104-1061
*Attorneys for Plaintiff EEOC*

BY: _/s/ Beth G. Joffe_

LANE POWELL, P.C.
D. Michael Reilly, WSBA No. 14674
Beth G. Joffe, WSBA No. 42782
Priya B. Vivian, WSBA No. 51802
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Ph. (206) 223-7000
Fax (206) 223-7107

Attorneys for Defendant Dollar Tree Distribution, Inc.

**ORDER APPROVING CONSENT DECREE**

The Court, having considered the foregoing Proposed Consent Decree of the Parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 11th day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Raymond T. Cheung*

U.S. EQUAL EMPOYMENT
OPPORTUNITY COMMISSION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, I electronically filed the foregoing "**[PROPOSED] CONSENT DECREE**" with the Clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record including:

D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Beth G. Joffe, WSBA No. 42782
joffeb@lanepowell.com
Priya B. Vivian, WSBA No. 51802
vivianp@lanepowell.com

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-220-6855
Email: rebecca.eaton@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400 SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882